JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Robert C. Adler

**DEFENDANTS**
Payward, Inc.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Roger K. Marion, Esq. of Marion & Allen, P.C.
488 Madison Avenue, Suite 1120, New York, New York 10022
(212) 658-0350

**ATTORNEYS (IF KNOWN)**

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This action is to recover pay for emplyment in New York County, NY under an employment agreement pursuant to 28 U.S.C.A. §1332(a)(1).

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]    Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ] Yes [ ]   If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?   No [x]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)           **NATURE OF SUIT**

                                         TORTS                                                              ACTIONS UNDER STATUTES

**CONTRACT**            **PERSONAL INJURY**        **PERSONAL INJURY**          **FORFEITURE/PENALTY**    **BANKRUPTCY**              **OTHER STATUTES**

[ ] 110 INSURANCE          [ ] 310 AIRPLANE            [ ] 367 HEALTHCARE/           [ ] 625 DRUG RELATED      [ ] 422 APPEAL                [ ] 375 FALSE CLAIMS
[ ] 120 MARINE             [ ] 315 AIRPLANE PRODUCT    PHARMACEUTICAL PERSONAL          SEIZURE OF PROPERTY        28 USC 158                 [ ] 376 QUI TAM
[ ] 130 MILLER ACT             LIABILITY               INJURY/PRODUCT LIABILITY         21 USC 881             [ ] 423 WITHDRAWAL             [ ] 400 STATE
[ ] 140 NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &    [ ] 365 PERSONAL INJURY        [ ] 690 OTHER                28 USC 157                    REAPPORTIONMENT
        INSTRUMENT                 SLANDER                  PRODUCT LIABILITY                                                                 [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF        [ ] 330 FEDERAL             [ ] 368 ASBESTOS PERSONAL                             **PROPERTY RIGHTS**             [ ] 430 BANKS & BANKING
        OVERPAYMENT &              EMPLOYERS'                  INJURY PRODUCT                                                                 [ ] 450 COMMERCE
        ENFORCEMENT                LIABILITY                   LIABILITY                                      [ ] 820 COPYRIGHTS              [ ] 460 DEPORTATION
        OF JUDGMENT        [ ] 340 MARINE              **PERSONAL PROPERTY**                                 [ ] 830 PATENT                  [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT       [ ] 345 MARINE PRODUCT                                                            [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION   ENCED & CORRUPT
[ ] 152 RECOVERY OF                LIABILITY           [ ] 370 OTHER FRAUD                                   [ ] 840 TRADEMARK                   ORGANIZATION ACT
        DEFAULTED          [ ] 350 MOTOR VEHICLE       [ ] 371 TRUTH IN LENDING                                                                    (RICO)
        STUDENT LOANS      [ ] 355 MOTOR VEHICLE                                                              **SOCIAL SECURITY**             [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)            PRODUCT LIABILITY                                                                                          [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF        [ ] 360 OTHER PERSONAL                                     **LABOR**               [ ] 861 HIA (1395ff)            [ ] 850 SECURITIES/
        OVERPAYMENT                INJURY              [ ] 380 OTHER PERSONAL                                 [ ] 862 BLACK LUNG (923)           COMMODITIES/
        OF VETERAN'S       [ ] 362 PERSONAL INJURY -          PROPERTY DAMAGE         [ ] 710 FAIR LABOR      [ ] 863 DIWC/DIWW (405(g))         EXCHANGE
        BENEFITS                   MED MALPRACTICE     [ ] 385 PROPERTY DAMAGE                STANDARDS ACT  [ ] 864 SSID TITLE XVI
[ ] 160 STOCKHOLDERS                                          PRODUCT LIABILITY       [ ] 720 LABOR/MGMT      [ ] 865 RSI (405(g))
        SUITS                                                                                 RELATIONS                                       [ ] 890 OTHER STATUTORY
[x] 190 OTHER                                          **PRISONER PETITIONS**         [ ] 740 RAILWAY LABOR ACT                                    ACTIONS
        CONTRACT                                       [ ] 463 ALIEN DETAINEE         [ ] 751 FAMILY MEDICAL **FEDERAL TAX SUITS**           [ ] 891 AGRICULTURAL ACTS
[ ] 195 CONTRACT                                       [ ] 510 MOTIONS TO                     LEAVE ACT (FMLA)
        PRODUCT            **ACTIONS UNDER STATUTES**         VACATE SENTENCE                                [ ] 870 TAXES (U.S. Plaintiff or
        LIABILITY                                              28 USC 2255            [ ] 790 OTHER LABOR            Defendant)               [ ] 893 ENVIRONMENTAL
[ ] 196 FRANCHISE          **CIVIL RIGHTS**            [ ] 530 HABEAS CORPUS                  LITIGATION     [ ] 871 IRS-THIRD PARTY              MATTERS
                                                       [ ] 535 DEATH PENALTY          [ ] 791 EMPL RET INC           26 USC 7609             [ ] 895 FREEDOM OF
                           [ ] 440 OTHER CIVIL RIGHTS  [ ] 540 MANDAMUS & OTHER               SECURITY ACT (ERISA)                                INFORMATION ACT
                                   (Non-Prisoner)                                                                                              [ ] 896 ARBITRATION
**REAL PROPERTY**          [ ] 441 VOTING                                             **IMMIGRATION**                                          [ ] 899 ADMINISTRATIVE
                           [ ] 442 EMPLOYMENT          **PRISONER CIVIL RIGHTS**                                                                   PROCEDURE ACT/REVIEW OR
[ ] 210 LAND               [ ] 443 HOUSING/                                           [ ] 462 NATURALIZATION                                       APPEAL OF AGENCY DECISION
        CONDEMNATION               ACCOMMODATIONS      [ ] 550 CIVIL RIGHTS                   APPLICATION
[ ] 220 FORECLOSURE        [ ] 445 AMERICANS WITH      [ ] 555 PRISON CONDITION       [ ] 465 OTHER IMMIGRATION                                [ ] 950 CONSTITUTIONALITY OF
[ ] 230 RENT LEASE &               DISABILITIES -      [ ] 560 CIVIL DETAINEE                 ACTIONS                                             STATE STATUTES
        EJECTMENT                  EMPLOYMENT                  CONDITIONS OF CONFINEMENT
[ ] 240 TORTS TO LAND      [ ] 446 AMERICANS WITH
[ ] 245 TORT PRODUCT               DISABILITIES -OTHER
        LIABILITY
[ ] 290 ALL OTHER          [ ] 448 EDUCATION
        REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $ 1,410,000   OTHER _____   JUDGE _____   DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [X] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [X] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Robert C. Adler
19 Talcott Road, Rye Brook, New York 10573
Westchester County, NY

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Payward, Inc.
237 Kearny Street, San Francisco, California 94108
San Francisco County, CA

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] MANHATTAN

DATE 9-6-18    SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. Sep. Yr. 1998 )
Attorney Bar Code # RM-6328

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.
Magistrate Judge Debra C. Freeman _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form     Save     Print