**EXHIBIT A**

**ACKNOWLEDGEMENT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. ADLER,<br><br>                    Plaintiff,<br><br>       -against-<br><br>PAYWARD, INC. d/b/a KRAKEN,<br><br>                    Defendant. | Case No. 1:18-CV-08100<br><br><br>**ACKNOWLEDGEMENT OF SERVICE** |

Pam Merkadeau, Esq., an attorney and in-house counsel of Payward, Inc., declares and affirms the following upon my personal knowledge under penalties of perjury:

1. I acknowledge and stipulate that Payward, Inc. was duly served on this 7th day of September, 2018, at approximately 2:45 pm with the Summons, Complaint, and e-filing Notice in this action, and I am fully and duly authorized by the Defendant to accept such service as the agent to receive said service of process, and Defendant acknowledges due service thereof.

2. Whereas Defendant is a corporate entity, it is not in the armed forces of the United States, nor engaged in their service.

Dated: September 7, 2018

_____
Pam Merkadeau, Esq.