UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. ADLER,<br><br>        Plaintiff,<br><br>-against-<br><br>PAYWARD, INC. d/b/a KRAKEN,<br><br>        Defendant. | Case No.  1:18-cv-08100<br><br>**CLERK'S CERTIFICATE<br>OF DEFAULT**<br><br>Civil Action |

  I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 5, 2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving defendant's in-house counsel and an Acknowledgement of Service so indicating was therefore filed on October 16, 2018, at Docket Number 5.

  I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
   October ___, 2018

               RUBY J. KRAJICK
               Clerk of Court


         By: _____
             Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. ADLER,<br><br>      Plaintiff,<br><br> -against-<br><br>PAYWARD, INC. d/b/a KRAKEN,<br><br>      Defendant. | Case No. 1:18-CV-08100<br><br>**ACKNOWLEDGEMENT OF SERVICE** |

 Pam Merkadeau, Esq., an attorney and in-house counsel of Payward, Inc., declares and affirms the following upon my personal knowledge under penalties of perjury:

 1. I acknowledge and stipulate that Payward, Inc. was duly served on this 7th day of September, 2018, at approximately 2:45 pm with the Summons, Complaint, and e-filing Notice in this action, and I am fully and duly authorized by the Defendant to accept such service as the agent to receive said service of process, and Defendant acknowledges due service thereof.

 2. Whereas Defendant is a corporate entity, it is not in the armed forces of the United States, nor engaged in their service.

Dated: September 7, 2018

            _____
            Pam Merkadeau, Esq.