```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. ADLER, | Case No. 1:18-cv-08100 |
| Plaintiff, | **CLERK'S CERTIFICATE OF DEFAULT** |
| -against- | |
| PAYWARD, INC. d/b/a KRAKEN, | Civil Action |
| Defendant. | |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 5, 2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving defendant's in-house counsel and an Acknowledgement of Service so indicating was therefore filed on October 16, 2018, at Docket Number 5.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
         October 17, 2018

RUBY J. KRAJICK
Clerk of Court

By: _____
         Deputy Clerk