UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. ADLER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAYWARD, INC. d/b/a/ KRAKEN,<br><br>　　　　　　　　　　Defendant. | :<br>:<br>:　　1:18-cv-08100 (PAC)<br>:<br>:<br>:　　**NOTICE OF APPEARANCE**<br>:<br>:<br>: |

PLEASE TAKE NOTICE that the undersigned attorney of the law firm Pierce Bainbridge Beck Price & Hecht LLP hereby enters his appearance in this matter as counsel for defendant Payward, Inc. d/b/a Kraken and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

I certify that I am admitted to practice in this court and that I am a registered electronic case filing user.


New York, New York
October 18, 2018

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　　/s/ Christopher N. LaVigne
　　　　　　　　　　　　　　　　　　　　Christopher N. LaVigne
　　　　　　　　　　　　　　　　　　　　Pierce Bainbridge Beck Price & Hecht LLP
　　　　　　　　　　　　　　　　　　　　20 West 23rd Street, Fifth Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10010
　　　　　　　　　　　　　　　　　　　　(213) 262-9333 ext. 113
　　　　　　　　　　　　　　　　　　　　clavigne@piercebainbridge.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Payward, Inc. d/b/a Kraken*