UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. ADLER, | : |
| Plaintiff, | : 1:18-cv-08100 (PAC) |
| v. | : |
| PAYWARD, INC. d/b/a/ KRAKEN, | : **NOTICE OF APPEARANCE** |
| Defendant. | : |

PLEASE TAKE NOTICE that the undersigned attorney of the law firm Pierce Bainbridge Beck Price & Hecht LLP hereby enters his appearance in this matter as counsel for defendant Payward, Inc. d/b/a Kraken and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

I certify that I am admitted to practice in this court and that I am a registered electronic case filing user.


New York, New York
October 18, 2018

                                            Respectfully submitted,

By:   /s/ Adam C. Ludemann
       Adam C. Ludemann
       Pierce Bainbridge Beck Price & Hecht LLP
       20 West 23rd Street, Fifth Floor
       New York, New York 10010
       (213) 262-9333 ext. 206
       aludemann@piercebainbridge.com

*Attorneys for Defendant Payward, Inc. d/b/a Kraken*