UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. ADLER, | : |
| Plaintiff, | : 1:18-cv-08100 (PAC) |
| v. | : |
| PAYWARD, INC. d/b/a/ KRAKEN, | : **DEFENDANT'S RULE 7.1** |
| Defendant. | **DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Payward, Inc. d/b/a Kraken discloses that it does not have a parent company and no publicly held corporation owns ten percent (10%) or more of its stock.

New York, New York
October 18, 2018

Respectfully submitted,

By:   /s/  Christopher N. LaVigne
Christopher N. LaVigne
Adam C. Ludemann
Pierce Bainbridge Beck Price & Hecht LLP
20 West 23rd Street, Fifth Floor
New York, New York 10010
(213) 262-9333
aludemann@piercebainbridge.com

*Attorneys for Defendant Payward, Inc. d/b/a Kraken*