USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 19, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT C. ADLER,

                Plaintiff,

v.

PAYWARD, INC. d/b/a/ KRAKEN,

                Defendant.

---

1:18-cv-08100 (PAC)

**STIPULATION AND ~~[PROPOSED]~~ ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant Payward, Inc. d/b/a Kraken may move, answer or otherwise respond to the Complaint is hereby extended up to and including November 1, 2018.

No Provision of this Stipulation and Order shall be construed as a waiver of, and Defendant Payward, Inc. d/b/a Kraken hereby expressly reserves, any and all defenses.

There has been no previous request for extension of time with respect to Defendant Payward, Inc. d/b/a Kraken's time to move, answer or otherwise respond to the Complaint.

Dated: October 18, 2018

MARION & ALLEN, P.C.

By: _____
Roger K. Marion

488 Madison Avenue, Suite 1120
New York, New York 10022
(212)-658-0350
Fax: (212) 308-8582
Email: rmarion@rogermarion.com

*Attorneys for Plaintiff Robert C. Adler*

Dated: October 18, 2018

PIERCE BAINBRIDGE BECK
PRICE & HECHT LLP

By: _____
Christopher N. Lavigne
Adam C. Ludemann

20 West 23rd Street, Fifth Floor
New York, New York 10010
(213) 262-9333
clavigne@piercebainbridge.com
aludemann@piercebainbridge.com

*Attorneys for Defendant Payward, Inc.
d/b/a Kraken*

SO ORDERED:

_____  10/19/2018

Hon.
United Stated District Judge