# PIERCE BAINBRIDGE BECK PRICE & HECHT LLP

**December 7, 2018**

**VIA ECF**
Hon. Paul A. Crotty, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

Re:   *Robert C. Adler v. Payward, Inc. d/b/a Kraken,* 1:18-CV-08100-PAC

Dear Judge Crotty:

We write to propose a briefing schedule regarding Defendant's Motion to Dismiss.  On Monday, December 3, 2018, the Court, advised the parties to confer and submit a briefing schedule by letter, via ECF.   The parties have conferred and respectfully request the Court enter the following schedule:

| Filing | Due Date |
|---|---|
| **Defendant's Motion to Dismiss** | **January 4, 2019** |
| **Plaintiff's Opposition** | **February 1, 2019** |
| **Defendant's Reply** | **February 8, 2019** |

20 West 23rd Street | New York, New York 10010 | piercebainbridge.com

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP

Respectfully submitted,

Christopher N. LaVigne
Adam C. Ludemann
Pierce Bainbridge Beck Price & Hecht LLP
20 West 23rd Street, Fifth Floor
New York, NY 10010
213.262.9333
clavigne@piercebainbridge.com
aludemann@piercebainbridge.com

*Attorneys for Payward, Inc. d/b/a Kraken*

Roger K. Marion, Esq.
Marion & Allen, P.C.
488 Madison Avenue, Suite 1120
New York, New York 10022
212.658.0350
rmarion@rogermarion.com

*Attorney for Robert C. Adler*

Page 2 of 2