# PIERCE BAINBRIDGE BECK PRICE & HECHT LLP

**December 7, 2018**

**VIA ECF**
Hon. Paul A. Crotty, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-18
```

Re:  *Robert C. Adler v. Payward, Inc. d/b/a Kraken,* 1:18-CV-08100-PAC

Dear Judge Crotty:

We write to propose a briefing schedule regarding Defendant's Motion to Dismiss. On Monday, December 3, 2018, the Court, advised the parties to confer and submit a briefing schedule by letter, via ECF. The parties have conferred and respectfully request the Court enter the following schedule:

| **Filing** | **Due Date** |
|---|---|
| **Defendant's Motion to Dismiss** | **January 4, 2019** |
| **Plaintiff's Opposition** | **February 1, 2019** |
| **Defendant's Reply** | **February 8, 2019** |

12/10/2018
The proposed briefing
schedule is adopted. SO
ORDERED.

*/s/ Paul A. Crotty*

Page 1 of 2