# EXHIBIT 1

# kraken

*company-wide initiative*

# TEAM MEMBER REFERRAL PROGRAM



*Criteria, Conditions & Terms*
**LAUNCHED APRIL 11, 2017**

*Kraken Team Member Referral Program; launched April 11, 2017*

# DID YOU KNOW?



APPROX. 30%
OF KRAKEN TEAM
MEMBERS TODAY WERE
INTRODUCED TO US
BY CURRENT
TEAM MEMBERS

*Kraken Team Member Referral Program; launched April 11, 2017*

# HOW DO WE COMPARE TO OTHER COMPANIES?



ON AVERAGE, 24% OF EMPLOYEE HIRES ORIGINATE FROM A REFERRAL

SOME COMPANIES, TYPICALLY LARGER COMPANIES WITH 1,000 OR MORE EMPLOYEES, SEE RATES AT NEARLY 40%

*Kraken Team Member Referral Program; launched April 11, 2017*

# WHAT WILL HAPPEN IF WE ENCOURAGE MORE REFERRALS?



*Kraken Team Member Referral Program; launched April 11, 2017*

# LET'S FIND OUT!

# WE WANT MORE TEAM MEMBERS TO INTRODUCE US TO THEIR GREAT FRIENDS AND/OR FORMER COLLEAGUES!

*Kraken Team Member Referral Program; launched April 11, 2017*

# TOP REASONS WHY YOU SHOULD INTRODUCE US



# REASON #1
## WE'RE HIRING LIKE CRAZY, ESPECIALLY FOR DEVELOPERS. WE NEED YOUR HELP :)

*Kraken Team Member Referral Program; launched April 11, 2017*

# TOP REASONS WHY YOU SHOULD INTRODUCE US

**FUN FACT BASED ON RESEARCH: THE MAJORITY OF EMPLOYEES HIRED BY REFERRALS DID NOT RELY ON ANY OTHER JOB SEARCH RESOURCES TO OBTAIN THEIR CURRENT POSITION.**

## REASON #2
## WE MAY NOT BE ABLE TO MEET THEM ON OUR OWN, WITHOUT YOUR HELP.

*Kraken Team Member Referral Program; launched April 11, 2017*

# TOP REASONS WHY YOU SHOULD INTRODUCE US



## REASON #3
## YOU ARE COOL, KIND & SMART SO YOU PROBABLY KNOW COOL, KIND & SMART PEOPLE.

*Kraken Team Member Referral Program; launched April 11, 2017*

# TOP REASONS WHY YOU SHOULD INTRODUCE US

> **FUN FACT BASED ON RESEARCH:** OVERALL, REFERRED EMPLOYEES ARE MORE SATISFIED WITH THEIR CURRENT JOB OVER THE JOB THEY HAD PREVIOUSLY IN WHICH THEY WERE NOT REFERRED.

## REASON #4
## YOU MAY BE MAKING YOUR FRIENDS HAPPIER.

*Kraken Team Member Referral Program; launched April 11, 2017*

# TOP REASONS WHY YOU SHOULD INTRODUCE US



## REASON #5
## YOU'LL CREATE LOYAL TEAM MEMBERS SINCE REFERRED EMPLOYEES STAY LONGER AT COMPANIES (MORE THAN 5 YEARS)!

*Kraken Team Member Referral Program; launched April 11, 2017*

# TOP REASONS WHY YOU SHOULD INTRODUCE US



## REASON #6
## TO SHOW OUR APPRECIATION, WE WILL GIVE YOU A NICE REWARD — WOO HOO!

*Kraken Team Member Referral Program; launched April 11, 2017*

# DEV

# ALL OTHER ROLES

⬇ ⬇

**20%** OF YOUR ANNUAL BASE PAY

***NOT TO EXCEED $10,000 USD***

**10%** OF YOUR ANNUAL BASE PAY

***NOT TO EXCEED $5,000 USD***

<u>Note</u>: *69% of organizations with employee referral programs offer employees who bring in culturally and functionally qualified candidates between $1,000 and $5,000 in cash incentives*

# REMEMBER…

# WE ONLY WANT TO MEET YOUR KIND, HUMBLE AND QUALIFIED FRIENDS WHO WILL BE FANTASTIC CULTURE FITS!

# NO JERKS PLEASE :P

*Kraken Team Member Referral Program; launched April 11, 2017*

# KRAKEN | TEAM MEMBER REFERRAL PROGRAM | FAQ 1 OF 2

**WHAT IS THE KRAKEN TEAM MEMBER REFERRAL PROGRAM?** A RECRUITING STRATEGY IN WHICH KRAKEN ENCOURAGES CURRENT TEAM MEMBERS, THROUGH REWARDS, TO REFER QUALIFIED CANDIDATES FOR POSITIONS WE WANT TO FILL

**WHO DOES THIS PROGRAM APPLY TO?** ALL TEAM MEMBER OF KRAKEN, EXCEPT FOR THE FOUNDERS

**WHAT IS THE REWARD?** FOR A <u>NON-DEV HIRE</u>, YOU WILL RECEIVE A REWARD EQUIVALENT TO 10% OF YOUR ANNUAL BASE PAY, NOT EXCEEDING $5,000. FOR A <u>DEV HIRE</u>, YOU WILL RECEIVE A REWARD EQUIVALENT TO 20% OF YOUR ANNUAL BASE PAY, NOT EXCEEDING $10,000.

*FOR ANY HIRE, YOU WILL RECEIVE 50% OF YOUR REWARD AFTER THE HIRE HAS CELEBRATED HIS/HER 30 DAY ANNIVERSARY WTH KRAKEN. YOU WILL RECEIVE THE REMAINING 50% OF YOUR REWARD ATER THE HIRE HAS CELEBRATED HIS/HER 6 MONTH ANNIVERSARY WITH KRAKEN. THE FORM OF YOUR REWARD WILL DEPEND ON THE FORM OF YOUR COMPENSATION — IF YOU ARE PAID IN USD THEN YOU WILL RECEIVE THE REWARD IN THE FORM OF USD VS. IF YOU ARE PAID IN BITCOIN THEN YOU WILL RECEIVE THE REWARD IN THE FORM OF BITCOIN.*

**HOW ARE THE REWARD SIZES DECIDED?** THE REWARD SIZES ARE SUBJECT TO CHANGE BASED ON OUR FLUCTUATING NEEDS AND JOB MARKET DEMANDS. WE NEED TO SIGNIFICANTLY GROW THE DEV TEAM AND IT CAN BE DIFFICULT TO FIND GREAT DEV HIRES. FOR THERE REASONS, WE ARE CURRENTLY OFFERING A LARGER REWARD FOR DEV HIRES.

*Kraken Team Member Referral Program; launched April 11, 2017*

# KRAKEN | TEAM MEMBER REFERRAL PROGRAM | FAQ 2 OF 2

**WHAT IF I THINK SOMEONE ELSE AT KRAKEN KNOWS THE CANDIDATE I WANT TO REFER?** YOU SHOULD SEEK EACH OTHER OUT, DISCUSS THE CANDIDATE, SHARE WITH ONE ANOTHER YOUR FORMER EXPERIENCES AND INTERACTIONS WITH THE CANDIDATE, DETERMINE IF YOU BOTH/ALL THINK THE CANDIDATE IS A GREAT FIT FOR KRAKEN, AND IF SO, SUBMIT THE CANDIDATE TOGETHER SO YOU ALL SHARE THE REWARD.

*IF <u>TWO</u> TEAM MEMBERS SUBMIT A CANDIDATE TOGETHER THEN EACH TEAM MEMBER WILL RECEIVE 5% OF HIS/HER BASE PAY FOR A NON-DEV HIRE AND 10% OF HIS/HER BASE PAY FOR A DEV HIRE.*

*IF <u>THREE</u> TEAM MEMBERS SUBMIT A CANDIDATE TOGETHER THEN EACH TEAM MEMBER WILL RECEIVE 3.33% OF HIS/HER BASE PAY FOR A NON-DEV HIRE AND 6.67% OF HIS/HER BASE PAY FOR A DEV HIRE.*

*IF <u>FOUR</u> TEAM MEMBERS SUBMIT A CANDIDATE TOGETHER THEN EACH TEAM MEMBER WILL RECEIVE 2.5% OF HIS/HER BASE PAY FOR A NON-DEV HIRE AND 5% OF HIS/HER BASE PAY FOR A DEV HIRE.*

*NOTE: IF YOU SUSPECT THAT ANOTHER TEAM MEMBER MAY KNOW A CANDIDATE THAT YOU KNOW, DON'T BE TEMPTED TO AVOID SHARING THE REWARD OR HASTILY SUBMITTING THE CANDIDATE ON YOUR OWN SO YOU CAN REDEEM 100% OF THE REWARD. YOUR PRIMARY GOAL IS TO INTRODUCE GREAT PEOPLE TO KRAKEN, NOT TO EARN REWARDS. IN ORDER TO FULLY ASSESS A CANDIDATE THEN YOU SHOULD HEAR THE PERSPECTIVES OF OTHER TEAM MEMBERS WHO MAY KNOW THE CANDIDATE. YOU SHOULD STRIVE TO BE THOROUGH AND TO GAIN MORE INFORMATION.*

*Kraken Team Member Referral Program; launched April 11, 2017*



# THANK YOU IN ADVANCE FOR REFERRING :)

*Kraken Team Member Referral Program; launched April 11, 2017*