# EXHIBIT 2

**christinayee** 2:08 PM
PDF



Kraken Team Member Referral Program 4.11.17.pdf
2 MB PDF

| COOL 30 | 🐙 31 | 💰 22 | 👍 17 | 🧙 2 | THANK YOU 1 |

**christinayee** 2:08 PM
commented on **Kraken Team Member Referral Program 4.11.17.pdf**

**Update**:  Kraken team member referral program participants (i.e., when you encourage a qualified, good-culture-fit person in your life to work at Kraken) will receive **50% of the bonus paid at the new hire's 90 day mark and the remaining paid at his/her 180 day mark.**

This is an official change that has been in effect (as early as Aug/Sept 2017).

It wasn't announced on 💬 yet (but instead in an in-person company-wide retreat in Sept 2017) so I'm letting everyone know here.