UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. ADLER,<br><br>                             Plaintiff,<br>-against-<br><br>PAYWARD, INC. d/b/a KRAKEN,<br><br>                             Defendant. | Case No.  1:18-cv-08100 (PAC) (DCF)<br><br>Civil Action |

## NOTICE OF CROSS-MOTION TO AMEND THE COMPLAINT

PLEASE TAKE NOTICE, that Plaintiff Robert C. Adler, by and through undersigned counsel, shall move to amend Plaintiff's Complaint in the above-captioned matter before the Honorable Paul A. Crotty, United States District Judge, in Courtroom 14C on the return date of the pending motion to Dismiss the Complaint, Motion Number 1, Docket Number 20, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, to Amend the Complaint as attached at Exhibit B hereto pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure for the reasons set forth in the Memorandum of Law filed herewith, and to make any such further edit as the Court may hold would be required to sustain any cause of action herein.

Dated: New York, New York
         February 1, 2019

                                        Marion & Allen, P.C.

                                        By: Roger K. Marion, Esq.
                                        488 Madison Avenue, Suite 1120
                                        New York, New York 10022
                                        Telephone: 212-658-0350
                                        Facsimile: 212-308-8582
                                        E-Mail: rmarion@rogermarion.com
                                        Attorneys for Plaintiff

To:   Pierce Bainbridge Beck Price & Hecht LLP
      Attention: Christopher Norman Lavigne, Esq.
      20 West 23rd Street, Floor 5
      New York, New York 10010