UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT C. ADLER                                     :

                                                          :           ORDER
                   Plaintiff,

                                                          :           18 Civ. 8100 (PAC) (GWG)
    -v.-
                                                         :

PAYWARD, INC.                                       :

                                                          :
                  Defendant.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Discovery having concluded in this matter, any letter request to Judge Crotty for permission to make a summary judgment motion shall be filed by August 8, 2022. If no party files such a letter, the pretrial materials required by paragraph 11 of Docket # 31 shall be filed by August 22, 2022

      SO ORDERED.

Dated: August 1, 2022
       New York, New York

                                                       _____
                                                       GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge