UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT C. ADLER                                 :

        Plaintiffs,            :         ORDER

-v.-                                            :
                                                          18 Civ. 8100 (PAC) (GWG)
PAYWARD, INC.,                                  :

        Defendants.            :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    For the reasons stated today on the record, plaintiff's application to re-open discovery is granted. All fact discovery shall be completed by November 30, 2022. Any letter to Judge Crotty seeking permission to file a summary judgment motion shall be filed by November 30, 2022.

    SO ORDERED.

Dated: September 22, 2022
       New York, New York

                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge