UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT C. ADLER,

                Plaintiff,

-against-

PAYWARD, INC. d/b/a KRAKEN,

                Defendant.

18-CV-8100 (RMB)

ORDER

---

**Richard M. Berman, U.S.D.J.:**

    Counsel for Plaintiff and Defendants, having appeared before the Honorable Gabriel W. Gorenstein on May 21, 2024, and having advised the Court that the parties have reached a resolution of this matter, it is hereby

    **ORDERED**, the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (3) days of the date of this Order, counsel for Plaintiff and/or Defendant may upon good cause shown apply by letter for restoration of the action.

*[Signature: RMB]*

Richard M. Berman
United States District Judge

Dated: May 22, 2024
       New York, New York